# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| In re: | Case No. 08-18876-LMI |
|---|---|
| DEROCHE, DONALD TROWBRIDGE, JR. DEROCHE, MICHELLE ANN | Chapter 7 |
| Debtor(s) | |

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U. S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )    The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends.  Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice.  More than sufficient time has passed for these checks to be presented for payment; or

(X)    The Trustee has a balance of **$2.13** remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: September 15, 2010

Michael R. Bakst, Trustee
PMB 702, 222 Lakeview Avenue
Suite 160
West Palm Beach FL 33401
Telephone:    (561) 838-4539
Facsimile:    (561)                    514-3439

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

SEP 2 4 2010

FILED _____ RECEIVED _____
Bjh/60086-1003



**PAID**
#133603

Printed: 09/15/10 11:44 AM

**Claims Distribution Small Checks**

Page: 1

**Trustee: Michael R. Bakst (290840)**

**Case:** 08-18876 - DEROCHE, DONALD TROWBRIDGE, JR.

| Account No. | Check No. Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| 9200022413126 | 113 09/15/10 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $2.13 |
| | 10 | 09/24/08 | 610 | Protection One c/o Creditors Bankruptcy Service PO Box 740933 Dallas, TX 75374 | 51.80 | 51.80 | 2.13 | 2.13 |